March 7, 1969
Commonwealth *v.* Blackwell, Appellant.

Before READINGER, J.

Submitted December 9, 1968. *William R. Bernhart,* and *Speicher, Austin, Connor & Giorgi,* for appellant;

738

*Arthur Ed. Saylor*, First Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence is vacated and this case is remanded for resentencing in accordance with *Commonwealth v. Daniel*, 430 Pa. 642, 243 A. 2d 400 (1968).